**Order filed November 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00812-CV
_____

**SSV PROPERTIES C/O TARA PROPERTIES, Appellant**

**V.**

**WENDELL KING, Appellee**

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1113771**

## O R D E R

Appellant has not paid the filing fee of $205.00. On October 11, 2018, we issued an order stating we would dismiss the appeal if appellant did not pay the filing fee by October 21, 2018. The fee has not been paid. However, appellant has paid for the clerk's record, suggesting appellant intends to prosecute this appeal.

Accordingly, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court by **November 26, 2018.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM